## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

*ELECTRONICALLY FILED*

| | |
|---|---|
| **NORTON HOSPITALS, INC.** ) | |
| ) | |
| ) | Case No. 3:24-cv-463-DJH |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| **BLUE CROSS BLUE SHIELD OF** ) | |
| **MICHIGAN MUTUAL INSURANCE** ) | |
| **COMPANY, et al.** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF REMOVAL

Defendant Blue Cross Blue Shield of Michigan Mutual Insurance Company ("BCBSM"), by counsel and in accordance with the provisions of 28 U.S.C. §§ 1332, 1441(b) and 1446, files and provides notice of removal on the grounds set forth below:

1. On July 8, 2024, Plaintiff, Norton Hospitals, Inc. ("Norton"), commenced a civil action in the Circuit Court of Jefferson County, Kentucky, Case No. 24-CI-004739, where it is presently pending ("State Court Action").

2. BCBSM hereby removes State Court Action from the Circuit Court of Jefferson County, Kentucky to the United States District Court for the Western District of Kentucky, Louisville Division. True copies of the pleadings from the State Court Lawsuit are attached as follows:

| Exhibit | Date | Description |
|---|---|---|
| A | July 8, 2024 | Summons & Complaint |

Exhibit A constitutes all process and pleadings served upon BCBSM and filed in the State Court Action to date.

3. The Complaint was filed in this action on or about July 8, 2024. Summons was first received by BCBSM on or about July 13, 2024. Thus, the time within which BCBSM is required to file a Notice of Removal to this Court has not yet expired. 28 U.S.C. § 1446(b).

4. The Complaint sets forth that Norton is seeking damages in excess of $75,000, exclusive of interest and costs. *See* Exhibit A, ¶ 17.

5. This Notice is filed in advance of trial and within one year of commencement of the State Court Action. Consequently, removal will not result in prejudice to Norton, as this matter is in the initial pleadings phase and no answer or responsive pleading has yet been filed.

## **BASIS FOR REMOVAL**

6. This Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1332 (diversity jurisdiction). This action may be removed from the Jefferson Circuit Court pursuant to the provisions of 28 U.S.C. § 1441 because this is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and the action is between citizens of different states.

7. Pursuant to the Complaint, Plaintiff is seeking damages in an amount in excess of $75,000 exclusive of interest and costs. *See* Exhibit A, ¶ 17. Thus, the amount in controversy exceeds the jurisdictional threshold of this Court.

8. This action is between citizens of different states because of the following:

  A. At the time this action was commenced, Norton was a Kentucky corporation with a registered principal office located in Kentucky. Thus, for purposes of removal at the time the action was commenced, Norton was, and still is, a citizen of Kentucky and no other state.

  B. At the time this action was commenced, BCBSM was a Michigan domestic insurance company with its principal place of business in Michigan. Thus, for purposes of removal of this action at the time the action was commenced BCBSM was, and still is, a citizen of Michigan and no other state.

  C. With respect to John Does 1-25, there is no indication that these fictitious individuals reside in Kentucky. Further 28 U.S.C. § 1441(b)(1) states that "the citizenship of defendants sued under fictitious names shall be disregarded" in determining if diversity exists.

9. Removal to this Court and division is proper under 28 U.S.C. § 1441(a) because this is the district and division embracing the place where the action is pending.

10. Written notice of the filing of this Notice of Removal is being promptly given to Norton's counsel, and a copy of this Notice of Removal is being promptly filed with the Clerk of the Jefferson Circuit Court as required by 28 U.S.C. § 1446(d), which provides that the state court shall proceed no further and that this Notice of Removal effects the removal.

        Respectfully submitted,

        */s/ Kyle A. Girouard*
        Brian M. Johnson (Bar No. 86995)
        Kyle A. Girouard (Bar No. 98840)
        300 W. Vine Street, Suite 1700
        Lexington, KY 40507
        T: 859-899-8705
        F: 844-670-6009
        E-mail: bjohnson@dickinsonwright.com
           kgirouard@dickinsonwright.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served by U.S. mail, postage prepaid, this the 9th day of August, 2024, to the following:

Marcus R. Morrow
Law Offices of Stephenson, Acquisto & Colman, Inc.
20 N. Clark St., Suite 3300
Chicago, IL 60602
mmorrow@sacfirm.com
lbencomo@sacfirm.com

        */s/ Kyle A. Girouard*
        *Attorney for Defendant*