# EXHIBIT A

*Hand Delivered*
*7-11-24   3:51 pm*
*AB*

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, KENTUCKY
## CIVIL DIVISION, BUSINESS COURT DOCKET

| | |
|---|---|
| NORTON HOSPITALS, INC. | ) |
| | ) |
| Plaintiff, | ) Case No. XXXXX |
| | ) |
| v. | ) BUSINESS COURT DOCKET |
| | ) |
| BLUE CROSS BLUE SHIELD OF | ) |
| MICHIGAN MUTUAL INSURANCE | ) |
| COMPANY; and DOES 1 THROUGH | ) JURY TRIAL DEMANDED |
| 25, INCLUSIVE, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## PLAINTIFF NORTON HOSPITALS, INC.'S COMPLAINT AT LAW

1.     Plaintiff, NORTON HOSPITALS, INC. (hereinafter "NORTON"), by and through its attorneys, LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, for its Complaint at Law ("Complaint") against BLUE CROSS BLUE SHIELD OF MICHIGAN MUTUAL INSURANCE COMPANY, (hereinafter "BCBSMI"), and DOES 1 THROUGH 25, INCLUSIVE, upon personal information as to their own activities and upon information and belief as to the activities of others and all other matters, and states as follows:

### INTRODUCTION

2.     This is an action against BCBSMI for breach of implied-in-fact

Filed          24-CI-004739   07/08/2024          David L. Nicholson, Jefferson Circuit Clerk

contract and *quantum meruit* arising from a business relationship between

NORTON and BCBSMI.  By this action, NORTON seeks compensatory damages,

interest, and costs.

## PARTIES

3.     Plaintiff NORTON is a not-for-profit public-benefit corporation

organized and existing pursuant to the laws of the State of Kentucky.  NORTON

has its principal place of operation in the City of Louisville, County of Jefferson,

Kentucky.  NORTON provides medical care to patients.

4.     NORTON provided medical care to Patients (as such term is defined

herein), who were BCBSMI beneficiaries when such medical care was provided.

5.     BCBSMI is a domestic insurance company, incorporated in the state

of Michigan with its principal office located in Detroit, Michigan.  BCBSMI is

registered with the Michigan Department of Insurance with an active status.

6.     NORTON is unaware of the true names and capacities, whether

corporate, associate, individual, partnership or otherwise of defendants DOES 1

through 25, inclusive, and therefore sues such defendants by such fictitious names.

NORTON will seek leave of the Court to amend this Complaint to allege its true

names and capacities when ascertained.

7.     BCBSMI and Does 1 through 25, inclusive, shall be collectively

referred to as "BCBSMI" or "Defendants."

35347 - NORTON v. BCBSMI                    - 2 -     COMPLAINT AT LAW

Filed          24-CI-004739   07/08/2024          David L. Nicholson, Jefferson Circuit Clerk

8.      Defendants, each of them, at all relevant times, have transacted business in the State of Kentucky.  The violations alleged within this Complaint have been and are being carried out in the State of Kentucky.

9.      NORTON is informed, believes and thereon alleges that at all relevant times each of the Defendants, including the defendants named "Doe," was and is the agent, employee, employer, joint venturer, representative, alter ego, subsidiary and/or partner of one or more of the other defendants, and was, in performing the acts complained of herein, acting within the scope of such agency, employment, joint venture, or partnership authority, and/or is in some other way responsible for the acts of one or more of the other defendants.

## JURISDICTION AND VENUE

10.      Jurisdiction over this matter exists under Ky. Rev. Stat. Ann. § 454.210 because NORTON is a resident of the State of Kentucky and because BCBSMI transacts business in Kentucky, and because BCBSMI's making and performance of the transactions, and the implied-in-fact contracts at issue are substantially connected with the State of Kentucky.

11.      Venue is proper in the Circuit Court of Jefferson County pursuant to because it is the county in which the transactions occur out of which the cause of action arises.

## FACTUAL BACKGROUND

35347 - NORTON v. BCBSMI                  - 3 -        COMPLAINT AT LAW

12.     NORTON, between the dates of October 5, 2018 and February 14, 2024 provided medically necessary treatment to the individuals identified on the spreadsheet attached as Exhibit A[1] to this Complaint (and which is incorporated herein by this reference as though set forth in full) (the "Patients") totaling one-hundred-thirty-four-(134) claims.

13.     NORTON is informed and believes and thereon alleges that at all relevant times Patients were enrollees and/or beneficiaries of health plans sponsored, financed, administered, and/or funded by BCBSMI.

14.     Prior to the dates of service set forth in Ex. A (the "Dates of Service"), NORTON sought and received authorization for treatment from BCBSMI. BCBSMI gave authorization reference numbers and approved the medically necessary services rendered to Patients, and BCBSMI approved admission of the Patients.

15.     On the dates of service set forth in Ex. A, NORTON rendered medically necessary services, supplies and/or equipment to Patients until Patients became stable for discharge from NORTON.

16.     NORTON is informed, believes and thereon alleges BCBSMI is

---

[1] NORTON has limited disclosure of patient identification here pursuant to the privacy provisions of the Health Insurance Portability & Accountability Act ("HIPAA"), 42 U.S.C. §§ 1320 *et seq*. A more detailed Exhibit can be provided upon entry of a Court ordered, HIPAA compliant protective order.

35347 - NORTON v. BCBSMI                    - 4 -          COMPLAINT AT LAW

financially responsible for the medically necessary services, supplies, and/or equipment (including, but not limited to, emergency care) rendered to the Patients on the Dates of Service.

17.    NORTON's usual and customary charges for the medically necessary services, supplies and/or equipment rendered to Patients amounted to $3,627,286.59

18.    NORTON timely and properly submitted the bills containing said charges for the medically necessary services, supplies, and/or equipment rendered to Patients to BCBSMI for payment.

19.    Rather than properly and fully pay NORTON for the medically necessary services, supplies, and/or equipment NORTON rendered to the Patients, BCBSMI only paid $169,102.57, leaving an unpaid sum due of at least $2,710,647.99.

20.    BCBSMI failed to pay fully and properly NORTON for the medically necessary services, supplies, and/or equipment rendered to Patients, despite demands thereof.

21.    BCBSMI received premium payments for Patients' enrollment and coverage in BCBSMI's respective health plans.

22.    BCBSMI unjustly benefitted by not paying fully NORTON for the reasonable value of such services.  BCBSMI promised its beneficiaries (including

Patients) that it would pay medical providers who provided emergency and

necessary medical treatment to those beneficiaries in exchange for Patients'

premiums, collected such premiums and then refused despite demands to fully and

properly pay NORTON the reasonable and customary value of the medical care

rendered to BCBSMI's beneficiaries as specified in Ex. A. BCBSMI accepted the

services NORTON provided to Patients as demonstrated by acts including but not

exclusive to issuing authorizations and collection of premiums.

23.     BCBSMI further unjustly and directly benefitted when it caused

NORTON to treat its beneficiaries, Patients, thus improving BCBSMI's patient-

population risk pool as Patient was now healthier and less of a cost exposure risk to

BCBSMI's insurance funds and allowing BCBSMI's profits to continue with

further guarantee that a healthier and still living Patient would ensure that the

BCBSMI would be allowed to collect future premiums for Patients' enrollment in

BCBSMI's health plan.

24.     BCBSMI further unjustly and directly benefited when it caused

NORTON to treat its beneficiaries, Patients, in the following ways:

a)  Improved Health Outcomes – BCBSMI has a vested interest in

keeping their enrollees, like Patients, healthy, as healthier individuals require

less medical care and incur fewer costs.  By encouraging their enrollees, like

Patients, to seek medical care when needed, including hospitalization, when

necessary, BCBSMI helped prevent Patients' illness from becoming more serious and costly for BCBSMI.

b) Better Customer satisfaction – when Patients received quality care at NORTON, Patients were more satisfied with their health insurance coverage which led to increased loyalty and retention rates for BCBSMI.

c) Increased Market Share – by offering competitive coverage that includes access to high-quality hospitals, like NORTON, BCBSMI was able to attract new customers and retain existing ones. This helped them gain a larger share of the market which led to increased profits and better bargaining power with healthcare providers.

d) Cost Savings – with an improved health outcome of Patients, BCBSMI saved money by avoiding further future costly treatments and is therefore able to keep premiums lower for their customers, further increasing BCBSMI's attractiveness and competitiveness in expanding its patient-pool.

25.    As a direct and proximate result of BCBSMI's wrongful conduct, NORTON has suffered damages in an amount to be proven at trial but not less than the sum of $2,710,647.99 exclusive of interest.

## COUNT I – BREACH OF IMPLIED-IN-FACT CONTRACT

(Against Defendant BCBSMI and DOES 1 through 25, inclusive)

26.    NORTON incorporates by reference and re-alleges paragraphs 1-25 of

35347 - NORTON v. BCBSMI                    - 7 -    COMPLAINT AT LAW

FC9ED7E1-1B9A-445B-BB94-1C3CEE5AF5B0 : 000031 of 000031

Presiding Judge: HON. ERIC J. HANER (630420)

COM : 000007 of 000021

this Complaint here as though set forth in full.

27.    This action is founded upon a written contract (the "Contract"),

effective January 1, 2017, between NORTON and Anthem Health Plans of

Kentucky (d.b.a. Anthem Blue Cross and Blue Shield and Affiliates) – a non-party

to this action. Among other things, the Contract obligated NORTON to medically

treat individuals who were certain beneficiaries of non-Anthem Blue Cross health

plans.  Specifically, the Contract obligated NORTON to medically treat individuals

belonging to health plans financed, sponsored, and/or administered by member

companies belonging to the national Blue Cross Blue Shield Association, of which

BCBSMI is one such member.

28.    Although BCBSMI was not a signatory to or obligee of the Contract,

the Contract nonetheless bound NORTON to treat BCBSMI's beneficiaries.  The

Contract also obligated NORTON to accept as payment in full monies received

from Blue Cross Blue Shield Association member companies (such as BCBSMI)

that were made at the discounted rates found within the Contract.

29.    At all relevant times, the Contract between NORTON and Anthem

Blue Cross bound NORTON to treat beneficiaries not only of health plans

financed, sponsored, and/or administered by Anthem Blue Cross, but also for

beneficiaries of health plans financed, sponsored, and/or administered by member

companies of the national Blue Cross Blue Shield Association.  One such member

35347 - NORTON v. BCBSMI                  - 8 -       COMPLAINT AT LAW

FC9ED7E1-1B9A-4458-BB94-1C3CEE5AF5B0 : 000008 of 000031

Presiding Judge: HON. ERIC J. HANER (630420)

COM : 000008 of 000021

company of said association is BCBSMI.  Thus, even though BCBSMI never

signed the Contract nor is obligated under the Contract, NORTON must

nevertheless medically treat BCBSMI members and accept payment, in full, from

such member companies, with the payment received conforming to the rates found

within the Contract.

30.    All BCBSMI needed do to take advantage of such medical treatment

and discounted rates on behalf of its members/beneficiaries was to issue a "Blue

Card" program identification card.  The members/beneficiaries could then present

their "Blue Card" program identification card to NORTON at admission, which

signaled to NORTON that it must medically treat such patient pursuant to the

terms of the Contract and must accept payments at the discounted rates found in

the Contract even though BCBSMI was not a signatory to the Contract.  Otherwise,

NORTON would be in violation of tits duties owed to Anthem Blue Cross.

31.    In this way — by conduct alone and with no express agreement

between them — an implied-in-fact contract arose between NORTON and

BCBSMI each time one of the Patients presented to NORTON their BCBS-issued

"Blue Card" program identification card and/or otherwise identified themself as

being a member/beneficiary of a health plan financed, sponsored, and/or

administered by a member company of the national Blue Cross Blue Shield

Association.

35347 - NORTON v. BCBSMI                    - 9 -      COMPLAINT AT LAW

32.     Each of the Patients specified in Exhibit A presented a "Blue Card" program identification card issued by BCBSMI and/or otherwise identified themself as belonging to a health plan financed, sponsored, and/or administered by BCBSMI at the time of their hospital stay at NORTON on the Dates of Service.

33.     Accordingly, each time one of the Patients sought medical treatment at NORTON and so identified themself, an implied-in-fact contract arose in which NORTON agreed to render to that Patient all medically necessary services, supplies, and/or equipment needed by that individual and secondarily agreed to accept as payment, in full, monies received from BCBSMI that were in conformance to the discounted rates found in the Contract.  In return, BCBSMI agreed to pay for such care, albeit at the appropriate discounted rate regarding such care.

34.     NORTON's usual and customary charges for rendering the medically necessary services, supplies, and/or equipment to the Patients set forth in Exhibit A, amounted to $3,627,286.59.  At the rates found within the Contract, BCBSMI should have paid an aggregate amount of $2,879,750.56.  However, BCBSMI only paid $169,102.57, leaving a deficit of $2,710,647.99 amounted to a breach of its implied-in-fact contracts with NORTON.

35.     No express written contract between BCBSMI and NORTON existed to prescribe payment for the medically necessary services, supplies, and/or

FC9ED7E1-1B9A-4458-BB94-1C3CEE5AF5B0 : 000010 of 000031

Presiding Judge: HON. ERIC J. HANER (630420)

COM : 000010 of 000021

equipment rendered to Patients and NORTON did not perform those services gratuitously.  Rather, BCBSMI knew and understood that NORTON rendered such treatment with the expectation of being paid the discounted rates under the Contract and through the Blue Card program.

36.    Prior to the treatment rendered by NORTON, through industry custom and practice, BCBSMI impliedly agreed, promissorily impliedly expressed and understood that NORTON would render medically necessary care to BCBSMI beneficiaries, submit bills for such care to BCBSMI, and that BCBSMI would pay the discounted rates under the Contract to NORTON for the necessary medical treatment rendered to Patients, rather than Patients themselves (except for co-payments, deductibles, and co-insurance amounts, in any).

37.    Specifically, prior to the dates that NORTON admitted Patients to its facilities for medical services, NORTON contacted BCBSMI to verify Patients' healthcare eligibility under a BCBSMI health plan, to obtain authorization from BCBSMI for the medical services rendered and to be rendered, and to establish its right to be paid by BCBSMI the discounted rates under the Contract for such care. In response, BCBSMI represented that Patients were beneficiaries of one of BCBSMI's health plans, provided the authorization numbers incorporated in Ex A, and approved admissions of the Patients.

38.    At no time did BCBSMI represent that it would not pay the

FC9ED7E1-1B9A-4458-BB94-1C3CEE5AF5B0 : 000011 of 000031

Presiding Judge: HON. ERIC J. HANER (630420)

COM : 000011 of 000021

discounted rates under the Contract to NORTON for the necessary medical treatment rendered to Patients.

39.    Through NORTON's treating the Patients, NORTON's initiating contact with BCBSMI as described above, and BCBSMI's instructing the Patients to present their BCBSMI-issued "Blue Card" membership identification to NORTON, Plaintiff and Defendant entered into an implied-in-fact contract. The Contract was also formed through industry custom and practice, as well as Plaintiff and Defendant's prior and on-going course of conduct *vis-à-vis* the "Blue Card" program. Prior course of conduct included, among other things:

a)  BCBSMI's issuance of identification cards to Patients;

b)  BCBSMI's instructing Patients to present such identification cards to medical providers so as to give assurances to those medical providers that such care would be paid for;

c)  NORTON communicating with BCBSMI to ask for authorizations to render medical care to Patients and BCBSMI issuing authorizations to NORTON for such care;

d)  BCBSMI communicating to NORTON the medical eligibility benefits for Patients without advising NORTON that BCBSMI would not make full payment of the discounted rates under the Contract for the services to be provided to Patients;

35347 - NORTON v. BCBSMI                         - 12 -    COMPLAINT AT LAW

e) BCBSMI sending written approvals to NORTON for the specified medical services for Patients;

f) BCBSMI requesting that NORTON send BCBSMI clinical information and medical records.

40. In addition, prior course of conduct by BCBSMI included NORTON submitting claims to BCBSMI and in response, BCBSMI would properly pay the discounted rates under the Contract for those claims. Over the last five (5) years, NORTON has billed numerous claims and BCBSMI has satisfactorily paid on a number of claims submitted by NORTON in the near identical manner and method as the facts alleged herein.

41. BCBSMI directly and deliberately benefited from those services by prompting, through its words and prior and ongoing conduct, and through the custom and practice in the healthcare industry, that NORTON perform those services on Patients who were beneficiaries of BCBSMI, thus fulfilling BCBSMI's obligation to secure medically necessary healthcare for its beneficiaries. When Patients received those services, the express insurance coverage agreement made between BCBSMI and Patients was satisfied and BCBSMI was able to retain rightfully the premiums paid on behalf of Patients for enabling Patients to receive the medical care performed by NORTON. Further, NORTON directly conferred a benefit upon BCBSMI when it helped BCBSMI make good on promises BCBSMI

35347 - NORTON v. BCBSMI                    - 13 -          COMPLAINT AT LAW

FC9ED7E1-1B9A-4458-BB94-1C3CEE5AF5B0 : 000013 of 000031

Presiding Judge: HON. ERIC J. HANER (630420)

COM : 000013 of 000021

made to its own members/beneficiaries that it would arrange for them to receive timely medical care, when necessary, at a first-rate medical facility.

42.    NORTON provided medically necessary care to BCBSMI beneficiaries as described above.

43.    NORTON properly billed BCBSMI for the medically necessary services provided to Patients as listed in Ex. A.

44.    BCBSMI breached the implied-in-fact contract by paying only $169,102.57, resulting in an aggregate underpayment of $2,710,647.99, per the discounted rates under the Contract, or the medical services performed by NORTON.

45.    NORTON performed all conditions required on its part to be performed in accordance with the terms and conditions of the implied-in-fact contract.

46.    BCBSMI breached the implied-in-fact contract by underpaying NORTON for the medically necessary services, supplies and/or equipment rendered or supplied to Patients.

47.    As a direct and proximate result of BCBSMI's breach of the implied-in-fact contract, NORTON suffered damages in an amount to be proven at trial but not less than the sum of $2,710,647.99, exclusive of interest.

48.    WHEREFORE, NORTON prays this Court enter judgment in its favor

35347 - NORTON v. BCBSMI                    - 14 -       COMPLAINT AT LAW

and against BCBSMI as follows:

    a)  For the principal sum of $2,710,647.99;

    b)  For interest on such principal sum pursuant to *3D Enterprises Contracting Corp. v. Louisville & Jefferson Cnty. Metro. Sewer Dist.,* 174 S.W.3d 440, 450 (Ky. 2005) and;

    c)  For such other and further relief as the Court deems just and proper.

## COUNT II – QUANTUM MERUIT (IN THE ALTERNATIVE)

(Against Defendant BCBSMI and DOES 1 through 25, inclusive)

49.    NORTON incorporates by reference and re-alleges paragraphs 1-25 of this Complaint here as though set forth in full.

50.    On the dates of service set forth in Ex. A, NORTON provided emergency and/or medically necessary care to Patients.

51.    In the alternative, assuming *arguendo* that it is determined that no express or implied-in-fact contract between BCBSMI and NORTON existed, and/or that such a contract cannot be enforced as to the payment for the medically necessary services, supplies and/or equipment rendered to Patients, Plaintiff should nevertheless be fully paid under the common law doctrine of *quantum meruit*.

52.    NORTON did not perform these services gratuitously. Rather, BCBSMI, by its words and prior and ongoing conduct, and through the custom and practice in the healthcare industry, knew and understood that NORTON rendered

35347 - NORTON v. BCBSMI        - 15 -     COMPLAINT AT LAW

FC9ED7E1-1B9A-4458-BB94-1C3CEE5AF5B0 : 000015 of 000031

Presiding Judge: HON. ERIC J. HANER (630420)

COM : 000015 of 000021

such treatment with the expectation of being paid.

53.     Prior to the treatment rendered by NORTON to Patients, through industry custom and practice, BCBSMI impliedly agreed and understood that NORTON would render medically necessary services to BCBSMI beneficiaries, submit bills for such care to BCBSMI, and that BCBSMI would pay the usual and customary value to NORTON for the necessary medical treatment rendered to Patients, rather than Patients themselves (except for co-payments, deductibles, and co-insurance amounts, in any).

54.     Specifically, prior to the dates that NORTON admitted Patients to its facilities for medical services, NORTON contacted BCBSMI to verify Patients' healthcare eligibility under a BCBSMI health plan, to obtain authorization from BCBSMI for the medical services rendered and to be rendered, and to establish its right to be paid by BCBSMI the usual and customary value for such care.  In response, BCBSMI represented that Patients were beneficiaries of one of BCBSMI's health plans, provided authorization numbers incorporated herein, and approved admission of Patients.

55.     At no time did BCBSMI represent that it would not pay the usual and customary value to NORTON for the necessary medical treatment rendered to Patients and at no time did NORTON represent that it would perform the services gratuitously.

35347 - NORTON v. BCBSMI                        - 16 -      COMPLAINT AT LAW

56.     By treating Patients and initiating contact with BCBSMI as described above, NORTON provided a benefit to BCBSMI and BCBSMI failed to compensate properly NORTON for that received benefit, despite the prior and on-going course of conduct between NORTON and BCBSMI.  Prior course of conduct included, among other things:

a)  BCBSMI's issuance of identification cards to Patients;

b)  BCBSMI's instructing Patients to present such identification cards to medical providers so as to give assurances to those medical providers that such care would be paid for;

c)  NORTON communicating with BCBSMI to ask for authorization to render medical care to Patients and BCBSMI issuing authorization to NORTON for treatment for that care;

d)  BCBSMI communicating to NORTON the medical eligibility benefits for Patients without advising NORTON that BCBSMI would not make full payment of the usual and customary value of the services to be provided to Patients;

e)  BCBSMI sending written approval to NORTON for the specified medical services for Patients;

f)  BCBSMI requesting that NORTON send BCBSMI clinical information and medical records.

35347 - NORTON v. BCBSMI                 - 17 -     **COMPLAINT AT LAW**

FC9ED7E1-1B9A-4458-BB94-1C3CEE5AF5B0 : 000017 of 000031

Presiding Judge: HON. ERIC J. HANER (630420)

COM : 000017 of 000021

57.    In addition, prior course of conduct by BCBSMI included NORTON submitting claims to BCBSMI and in response, BCBSMI would properly pay the usual and customary value of those claims.  Over the last five (5) years, NORTON have billed numerous claims and BCBSMI has satisfactorily paid on a number of claims submitted by NORTON in the near-identical manner and method as the facts alleged herein.

58.    In addition, BCBSMI pre-verified Patients' coverage and eligibility and authorized the treatments.

59.    BCBSMI's authorizations for the treatments were implied requests to NORTON to perform those services on behalf of Patients.

60.    NORTON rendered such treatments after the implied requests for such services by BCBSMI and NORTON intended those services to benefit, among others, BCBSMI.

61.    BCBSMI directly and deliberately benefited from those services by prompting, through its words and prior and ongoing conduct, and through the custom and practice in the healthcare industry, that NORTON perform those services on Patients who were beneficiaries of BCBSMI, thus fulfilling BCBSMI's obligation to secure medically necessary healthcare for its beneficiaries.  When Patients received those services, the express insurance coverage agreement made between BCBSMI and Patients was satisfied and BCBSMI was able to retain

35347 - NORTON v. BCBSMI                          - 18 -          **COMPLAINT AT LAW**

FC9ED7E1-1B9A-4458-BB94-1C3CEE5AF5B0 : 000018 of 000031

Presiding Judge: HON. ERIC J. HANER (630420)

COM : 000018 of 000021

rightfully the premiums paid on behalf of Patients for enabling Patients to receive

the medical care performed by NORTON. Further, NORTON directly conferred a

benefit upon BCBSMI when it helped BCBSMI make good on promises BCBSMI

made to its own members/beneficiaries that it would arrange for them to receive

timely medical care, when necessary, at a first-rate medical facility.

62.     NORTON provided medically necessary care to the BCBSMI

beneficiaries as described above.

63.     NORTON properly billed BCBSMI for the medically necessary

services provided to Patients as listed in Ex. A.

64.     NORTON is informed and believes and alleges thereon that BCBSMI

expressly instructed its beneficiaries (including Patients) to seek medical care in an

emergency from the nearest medical provider and for such beneficiaries to tell the

emergency medical provider to send BCBSMI the bills for such care for payment

by BCBSMI (except for co-payments, deductibles and co-insurance amounts, if

any).

65.     After NORTON rendered the care specified in Ex. A to Patients,

NORTON properly and timely billed BCBSMI for such care.

66.     The reasonable value of the medical care provided was and is the

usual and customary charges of those services that is the total billed charges in the

bills submitted to BCBSMI by NORTON for $3,627,286.59. BCBSMI paid only

35347 - NORTON v. BCBSMI                    - 19 -        COMPLAINT AT LAW

$169,102.57, leaving a deficit of $3,458,184.02 owed to NORTON.

67.    Despite demands thereon, BCBSMI has refused to pay fully NORTON for the medical care rendered to Patients as set forth in Exhibit A.

68.    NORTON did not perform these services gratuitously, but rather expected to be paid the reasonable and customary value for such services which amounts to $3,627,286.59.

69.    BCBSMI unjustly benefitted by not paying fully NORTON for the reasonable value of such services.  BCBSMI promised its beneficiaries (including Patients) that it would pay medical providers who provided emergency and necessary medical treatment to those beneficiaries in exchange for Patients' premiums, collected such premiums and then refused despite demands to fully and properly pay NORTON the reasonable and customary value of the medical care rendered to BCBSMI's beneficiaries as specified in Ex. A.  BCBSMI accepted the services NORTON provided to Patients as demonstrated by acts including but not exclusive to issuing authorizations and collection of premiums.

70.    As a direct and proximate result of BCBSMI's misconduct, NORTON has suffered damages in an amount to be proven at trial but not less than the sum of $3,627,286.59, exclusive of interest.

71.    WHEREFORE, NORTON prays this Court enter judgment in its favor and against BCBSMI as follows:

35347 - NORTON v. BCBSMI                    - 20 -      COMPLAINT AT LAW

a)  For the principal sum of $3,627,286.59;

b)  For interest on such principal sum pursuant to *3D Enterprises*

*Contracting Corp. v. Louisville & Jefferson Cnty. Metro. Sewer Dist.*, 174

S.W.3d 440, 450 (Ky. 2005) and;

c)  For such other and further relief as the Court deems just and proper.

Dated:  July 7, 2024

Respectfully submitted,

LAW OFFICES OF STEPHENSON,
ACQUISTO & COLMAN, INC.

By:    /s/ _____

One of the Attorneys for Plaintiff
NORTON

Marcus R. Morrow, Esq., KY. Bar No. #99194
LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC. (62848)
20 N. Clark St., Suite 3300
Chicago, IL 60602
Phone: (312)-626-1870
Fax: (818)-559-5484
mmorrow@sacfirm.com
lbencomo@sacfirm.com

Presiding Judge: HON. ERIC J. HANER (618282)/E1-1B9A-4458-B8B4-!C3CEE5AF5B0 : 000022 of 00003 1

EXH : 000001 of 000006

Filed     24-CI-004739     07/08/2024     David L. Nicholson, Jefferson Circuit Clerk

NORTON HOSPITALS INC. V. BLUE CROSS BLUE SHIELD OF MICHIGAN

FC 35347

| No. | File Number | Admit Date | Discharge Date | Patient ID | Provider Name | Total Charges | Total Paid | Underpaid Per Total Blue Cross Contract... | Underpaid Per ...OM... |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 000434749711 | 8/9/2022 | 8/9/2022 | FGP922881315 | NORTON HEALTHCARE PHYSICIAN SERVICES | $558.00 | $0.00 | $558.00 | $558.00 |
| 2 | 004183574432 | 12/14/2018 | 12/14/2018 | UFL922478269 | NORTON HEALTHCARE PHYSICIAN SERVICES | $279.00 | $0.00 | $279.00 | $279.00 |
| 3 | 000231648087 | 8/9/2023 | 8/9/2023 | FGP922819796 | NORTON WOMEN'S AND CHILDREN'S HOSPITAL | $12,466.73 | $1,499.19 | $9,173.51 | $10,967.54 |
| 4 | 000234507838 | 11/1/2023 | 11/1/2023 | FGP922819796 | NORTON WOMEN'S AND CHILDREN'S HOSPITAL | $20,663.04 | $237.91 | $20,197.05 | $20,425.13 |
| 5 | 000210343060 | 9/3/2021 | 9/29/2021 | FGP912853600 | NORTON HOSPITAL | $180,771.13 | $0.00 | $180,771.13 | $180,771.13 |
| 6 | 000237230703 | 1/24/2024 | 1/24/2024 | MI3920786452 | NORTON HOSPITAL | $78,167.55 | $0.00 | $52,818.64 | $78,167.55 |
| 7 | 000236553620 | 1/3/2024 | 1/3/2024 | MI3920786452 | NORTON HOSPITAL | $57,274.81 | $1,801.71 | $38,016.94 | $55,473.10 |
| 8 | 000238039524 | 2/14/2024 | 2/14/2024 | MI3920786452 | NORTON HOSPITAL | $62,871.16 | $2,221.56 | $52,818.64 | $60,649.60 |
| 9 | 000435746336 2 | 8/28/2022 | 8/28/2022 | FGP92417373 | NORTON HEALTHCARE PHYSICIAN SERVICES | $600.00 | $0.00 | $600.00 | $600.00 |
| 10 | 000437004350 1 | 1/9/2023 | 1/9/2023 | FGP920478258 | NORTON HEALTHCARE PHYSICIAN SERVICES | $358.00 | $0.00 | $358.00 | $358.00 |
| 11 | 000226205833 | 2/20/2023 | 2/20/2023 | A4F922757194 | NORTON WOMEN'S AND CHILDREN'S HOSPITAL | $39,362.48 | $657.47 | $37,696.05 | $38,705.01 |
| 12 | 000226619888 | 3/6/2023 | 3/6/2023 | A4F922757194 | NORTON WOMEN'S AND CHILDREN'S HOSPITAL | $41,166.26 | $1,258.35 | $37,696.05 | $39,907.91 |
| 13 | 000228315279 | 4/24/2023 | 4/24/2023 | A4F922757194 | NORTON WOMEN'S AND CHILDREN'S HOSPITAL | $39,877.37 | $691.74 | $37,696.05 | $39,185.63 |
| 14 | 000218456600 | 7/18/2022 | 7/18/2022 | FGP922876603 | NORTON BROWNSBORO HOSPITAL | $51,656.23 | $7,853.63 | $4,777.84 | $43,802.60 |
| 15 | 000431034663 2 | 10/21/2021 | 10/21/2021 | FGP922744982 | NORTON HEALTHCARE PHYSICIAN SERVICES | $498.00 | $0.00 | $498.00 | $498.00 |
| 16 | 000431034666 2 | 10/21/2021 | 10/21/2021 | FGP922744982 | NORTON HEALTHCARE PHYSICIAN SERVICES | $498.00 | $0.00 | $498.00 | $498.00 |
| 17 | 000434657432 1 | 8/2/2022 | 8/2/2022 | FGP922734752 | NORTON HEALTHCARE PHYSICIAN SERVICES | $558.00 | $0.00 | $558.00 | $558.00 |
| 18 | 000217182754 | 6/10/2022 | 6/10/2022 | FGP920453220 | NORTON BROWNSBORO HOSPITAL | $46,330.54 | $1,965.11 | $11,392.11 | $44,365.43 |
| 19 | 000426802943 1 | 2/15/2021 | 2/15/2021 | FGP914757202 | NORTON HEALTHCARE PHYSICIAN SERVICES | $653.00 | $0.00 | $653.00 | $653.00 |
| 20 | 000234489846 | 10/31/2023 | 10/31/2023 | FGP922474670 | NORTON AUDUBON HOSPITAL | $41,435.47 | $1,548.02 | $39,392.35 | $39,887.45 |
| 21 | 000235674568 | 12/5/2023 | 12/5/2023 | FGP922474670 | NORTON AUDUBON HOSPITAL | $40,956.96 | $1,324.02 | $39,392.35 | $39,632.94 |

Page 1 of 6

David L. Nicholson, Jefferson Circuit Clerk
Filed     24-CI-004739     07/08/2024

Filed    24-CI-004739   07/08/2024    David L. Nicholson, Jefferson Circuit Clerk

NORTON HOSPITALS INC. V. BLUE CROSS BLUE SHIELD OF MICHIGAN

FC 35347

| No. | File Number | Admit Date | Discharge Date | Patient ID | Provider Name | Total Charges | Total Paid | Underpaid Per Local Blue Cross Contract | Underpaid Per OOM |
|---|---|---|---|---|---|---|---|---|---|
| 22 | 0000236131219 | 12/19/2023 | 12/19/2023 | FGP922474670 | NORTON AUDUBON HOSPITAL | $41,422.96 | $1,548.17 | $39,392.35 | $39,874.79 |
| 23 | 0000234736893 | 11/7/2023 | 11/7/2023 | FGP922474670 | NORTON AUDUBON HOSPITAL | $41,422.64 | $1,548.01 | $39,392.35 | $39,874.63 |
| 24 | 0000233921331 | 10/17/2023 | 10/17/2023 | FGP922474670 | NORTON AUDUBON HOSPITAL | $42,523.61 | $808.22 | $39,392.46 | $41,715.39 |
| 25 | 0000235193705 | 11/21/2023 | 11/21/2023 | FGP922474670 | NORTON AUDUBON HOSPITAL | $41,422.96 | $1,613.80 | $39,392.35 | $39,809.16 |
| 26 | 0000234169095 | 10/24/2023 | 10/24/2023 | FGP922474670 | NORTON AUDUBON HOSPITAL | $41,435.90 | $1,548.18 | $39,392.46 | $39,887.72 |
| 27 | 0000235423631 | 11/28/2023 | 11/28/2023 | FGP922474670 | NORTON AUDUBON HOSPITAL | $41,422.64 | $1,548.01 | $39,392.35 | $39,874.63 |
| 28 | 0000236397854 | 12/27/2023 | 12/27/2023 | FGP922474670 | NORTON AUDUBON HOSPITAL | $41,422.64 | $1,540.86 | $39,392.35 | $39,881.78 |
| 29 | 0000234988680 | 11/14/2023 | 11/14/2023 | FGP922474670 | NORTON AUDUBON HOSPITAL | $42,819.24 | $1,876.62 | $39,392.35 | $40,942.62 |
| 30 | 0004296344301 | 8/18/2021 | 8/18/2021 | FGP922899521 | NORTON HEALTHCARE PHYSICIAN SERVICES | $311.00 | $0.00 | $311.00 | $311.00 |
| 31 | 0004306226051 | 10/20/2021 | 10/20/2021 | FGP922848046 | NORTON HEALTHCARE PHYSICIAN SERVICES | $374.00 | $0.00 | $374.00 | $374.00 |
| 32 | 0004306228871 | 10/20/2021 | 10/20/2021 | FGP922848046 | NORTON HEALTHCARE PHYSICIAN SERVICES | $385.00 | $0.00 | $385.00 | $385.00 |
| 33 | 0004218727909 | 8/17/2022 | 8/17/2022 | FGP922143404 | NORTON AUDUBON HOSPITAL | $41,812.49 | $1,161.07 | $11,253.13 | $40,651.42 |
| 34 | 0002221128094 | 10/20/2022 | 10/20/2022 | FGP922143404 | NORTON AUDUBON HOSPITAL | $39,919.87 | $0.00 | $39,919.87 | $39,919.87 |
| 35 | 0000218728328 | 9/7/2022 | 9/7/2022 | FGP922143404 | NORTON AUDUBON HOSPITAL | $39,919.87 | $320.15 | $39,340.67 | $39,599.72 |
| 36 | 0000121813978 | 12/13/2018 | 12/13/2018 | FGP921143404 | NORTON AUDUBON HOSPITAL | $30,942.51 | $282.40 | $30,241.28 | $30,660.11 |
| 37 | 0004347680802 | 8/12/2022 | 8/12/2022 | FGP922413211 | NORTON HEALTHCARE PHYSICIAN SERVICES | $467.00 | $0.00 | $467.00 | $467.00 |
| 38 | 0004347877713 | 8/12/2022 | 8/12/2022 | FGP922413211 | NORTON HEALTHCARE PHYSICIAN SERVICES | $467.00 | $0.00 | $467.00 | $467.00 |
| 39 | 0004339139561 | 6/9/2022 | 6/9/2022 | FGP922438752 | NORTON HEALTHCARE PHYSICIAN SERVICES | $6,150.00 | $0.00 | $6,150.00 | $6,150.00 |
| 40 | 0004365485041 | 12/16/2022 | 12/16/2022 | FGP922883952 | NORTON HEALTHCARE PHYSICIAN SERVICES | $377.00 | $0.00 | $377.00 | $377.00 |
| 41 | 0004030800851 | 9/15/2021 | 9/15/2021 | FSP918891358 | NORTON HEALTHCARE PHYSICIAN SERVICES | $172.00 | $0.00 | $172.00 | $172.00 |
| 42 | 0000214386633 | 3/10/2022 | 3/10/2022 | FGP922826420 | NORTON WOMEN'S AND CHILDREN'S HOSPITAL | $48,080.24 | $5,513.15 | $7,081.66 | $42,567.09 |
| 43 | 0004326118271 | 3/2/2022 | 3/2/2022 | FGP922846190 | NORTON HEALTHCARE PHYSICIAN SERVICES | $1,500.00 | $0.00 | $1,500.00 | $1,500.00 |
| 44 | 00043871558773 | 5/9/2023 | 5/9/2023 | FGP920397786 | NORTON HEALTHCARE PHYSICIAN SERVICES | $536.00 | $0.00 | $536.00 | $536.00 |

NORTON HOSPITALS INC. V. BLUE CROSS BLUE SHIELD OF MICHIGAN

FC 35347

| No. | File Number | Admit Date | Discharge Date | Patient ID | Provider Name | Total Charges | Total Paid | Underpaid Per Total Blue Cross Contract | Underpaid Per Total Blue Cross QM |
|---|---|---|---|---|---|---|---|---|---|
| 45 | 0004389006031 | 5/12/2023 | 5/12/2023 | FGP922831884 | NORTON HEALTHCARE PHYSICIAN SERVICES | $210.00 | $0.00 | $210.00 | $210.00 |
| 46 | 0004307499971 | 10/29/2021 | 10/29/2021 | FGP922418059 | NORTON HEALTHCARE PHYSICIAN SERVICES | $374.00 | $0.00 | $374.00 | $374.00 |
| 47 | 0000203518305 | 8/12/2020 | 8/17/2020 | XYL918501464 | NORTON WOMEN'S AND CHILDREN'S HOSPITAL | $24,901.07 | $0.00 | $24,901.07 | $24,901.07 |
| 48 | 0004345338841 | 7/19/2022 | 7/19/2022 | FGP920480116 | NORTON HEALTHCARE PHYSICIAN SERVICES | $840.00 | $0.00 | $840.00 | $840.00 |
| 49 | 0000217770447 | 7/1/2022 | 7/1/2022 | FGP920460799 | NORTON WOMEN'S AND CHILDREN'S HOSPITAL | $41,149.01 | $2,648.66 | $7,678.02 | $38,500.35 |
| 50 | 0000218623197 | 7/22/2022 | 7/22/2022 | FGP920460799 | NORTON WOMEN'S AND CHILDREN'S HOSPITAL | $41,151.01 | $2,648.66 | $7,678.02 | $38,502.35 |
| 51 | 0004308514481 | 8/29/2021 | 8/29/2021 | FGP922876528 | NORTON HEALTHCARE PHYSICIAN SERVICES | $73.00 | $0.00 | $73.00 | $73.00 |
| 52 | 0000237957291 | 2/12/2024 | 2/12/2024 | FGP922692275 | NORTON BROWNSBORO HOSPITAL | $20,104.40 | $1,490.39 | $16,114.43 | $18,614.01 |
| 53 | 0004375766391 | 3/4/2023 | 3/4/2023 | FGP920478491 | NORTON HEALTHCARE PHYSICIAN SERVICES | $175.00 | $0.00 | $175.00 | $175.00 |
| 54 | 0004388424361 | 6/8/2023 | 6/8/2023 | FGP922607791 | NORTON HEALTHCARE PHYSICIAN SERVICES | $518.00 | $0.00 | $518.00 | $518.00 |
| 55 | 0000218877916 | 7/14/2022 | 7/14/2022 | MIG894068930 | NORTON AUDUBON HOSPITAL | $9,253.95 | $0.00 | $9,253.95 | $9,253.95 |
| 56 | 0000230600863 | 7/14/2023 | 7/14/2023 | XYQM624476988 | NORTON WOMEN'S AND CHILDREN'S HOSPITAL | $56,793.00 | $3,852.68 | $52,940.32 | $52,940.32 |
| 57 | 0004380962833 | 3/31/2023 | 3/31/2023 | FGP922868955 | NORTON HEALTHCARE PHYSICIAN SERVICES | $458.00 | $0.00 | $458.00 | $458.00 |
| 58 | 0004387915411 | 5/9/2023 | 5/9/2023 | FGP922854299 | NORTON HEALTHCARE PHYSICIAN SERVICES | $374.00 | $0.00 | $374.00 | $374.00 |
| 59 | 0004317749791 | 12/31/2021 | 12/31/2021 | FGP922631903 | NORTON HEALTHCARE PHYSICIAN SERVICES | $80.00 | $0.00 | $80.00 | $80.00 |
| 60 | 0004261011721 | 12/22/2020 | 12/22/2020 | FGP922852191 | NORTON HEALTHCARE PHYSICIAN SERVICES | $305.00 | $0.00 | $305.00 | $305.00 |
| 61 | 0004309762684 | 11/15/2021 | 11/15/2021 | FGP922876518 | NORTON HEALTHCARE PHYSICIAN SERVICES | $1,033.00 | $0.00 | $1,033.00 | $1,033.00 |
| 62 | 0004416613761 | 12/5/2023 | 12/5/2023 | FGP922851898 | NORTON HEALTHCARE PHYSICIAN SERVICES | $79.00 | $0.00 | $79.00 | $79.00 |
| 63 | 0004293288422 | 6/24/2021 | 6/24/2021 | FGP680515646 | NORTON HEALTHCARE PHYSICIAN SERVICES | $32.00 | $0.00 | $32.00 | $32.00 |
| 64 | 0004416937851 | 11/29/2023 | 11/29/2023 | FGP919929838 | NORTON HEALTHCARE PHYSICIAN SERVICES | $79.00 | $0.00 | $79.00 | $79.00 |

NORTON HOSPITALS INC. V. BLUE CROSS BLUE SHIELD OF MICHIGAN

FC 35347

| No. | File Number | Admit Date | Discharge Date | Patient ID | Provider Name | Total Charges | Total Paid | Underpaid Per Contract Blue Cross | Underpaid Per OM |
|---|---|---|---|---|---|---|---|---|---|
| 65 | 0004292092292 | 5/18/2021 | 5/18/2021 | FGP922490907 | NORTON HEALTHCARE PHYSICIAN SERVICES | $498.00 | $0.00 | $498.00 | $498.00 |
| 66 | 0000229367051 | 5/30/2023 | 5/30/2023 | FGP917757465 | NORTON HOSPITAL | $54,815.80 | $3,222.81 | $51,592.99 | $51,592.99 |
| 67 | 0000230942540 | 7/19/2023 | 7/19/2023 | FGP917757465 | NORTON HOSPITAL | $54,810.91 | $3,291.48 | $52,419.43 | $51,519.43 |
| 68 | 0000231629130 | 8/9/2023 | 8/9/2023 | FGP917757465 | NORTON HOSPITAL | $55,322.54 | $3,117.01 | $47,075.62 | $52,205.53 |
| 69 | 0000230052568 | 6/20/2023 | 6/20/2023 | FGP917757465 | NORTON HOSPITAL | $54,815.80 | $3,222.61 | $51,593.19 | $51,593.19 |
| 70 | 0000232329158 | 8/30/2023 | 8/30/2023 | FGP917757465 | NORTON HOSPITAL | $55,323.54 | $3,112.85 | $47,075.62 | $52,210.69 |
| 71 | 0000233193141 | 9/25/2023 | 9/25/2023 | FGP917757465 | NORTON HOSPITAL | $55,745.91 | $3,318.98 | $47,075.62 | $52,426.93 |
| 72 | 0000228797270 | 5/9/2023 | 5/9/2023 | FGP917757465 | NORTON HOSPITAL | $54,936.68 | $3,222.68 | $5,174.00 | $51,714.00 |
| 73 | 0004279414291 | 4/26/2021 | 4/26/2021 | FGP922474617 | NORTON HEALTHCARE PHYSICIAN SERVICES | $306.00 | $0.00 | $306.00 | $306.00 |
| 74 | 0004304604732 | 9/1/2021 | 9/1/2021 | FGP922890678 | NORTON HEALTHCARE PHYSICIAN SERVICES | $32.00 | $0.00 | $32.00 | $32.00 |
| 75 | 0004364393231 | 12/10/2022 | 12/10/2022 | FGP922650362 | NORTON HEALTHCARE PHYSICIAN SERVICES | $635.00 | $0.00 | $635.00 | $635.00 |
| 76 | 0004245249040 | 8/8/2020 | 8/10/2020 | MZO923042677 | NORTON HEALTHCARE PHYSICIAN SERVICES | $912.00 | $0.00 | $912.00 | $912.00 |
| 77 | 0004368837151 | 1/12/2023 | 1/12/2023 | FGP921960015 | NORTON HEALTHCARE PHYSICIAN SERVICES | $377.00 | $0.00 | $377.00 | $377.00 |
| 78 | 0004251705121 | 10/5/2020 | 10/5/2020 | FGP922404980 | NORTON HEALTHCARE PHYSICIAN SERVICES | $313.00 | $0.00 | $313.00 | $313.00 |
| 79 | 0000209838952 | 8/2/2021 | 8/31/2021 | UFK920405769 | NORTON BROWNSBORO HOSPITAL | $126,377.46 | $19,019.03 | $48,255.03 | $107,358.43 |
| 80 | 0000223062058 | 11/15/2022 | 11/15/2022 | UFK920405769 | NORTON BROWNSBORO HOSPITAL | $40,706.50 | $315.99 | $40,127.30 | $40,390.51 |
| 81 | 0004301522591 | 9/22/2021 | 9/22/2021 | FGP922703982 | NORTON HEALTHCARE PHYSICIAN SERVICES | $311.00 | $0.00 | $311.00 | $311.00 |
| 82 | 0000206139238 | 1/17/2021 | 1/31/2021 | XYL910943093 | NORTON AUDUBON HOSPITAL | $179,331.73 | $0.00 | $179,331.73 | $179,331.73 |
| 83 | 0000217600950 | 6/9/2022 | 6/9/2022 | A4FM07918898 | NORTON HOSPITAL | $44,165.06 | $0.00 | $12,102.74 | $44,165.06 |
| 84 | 0000221429970 | 9/29/2022 | 9/29/2022 | A4FM07918898 | NORTON HOSPITAL | $47,652.15 | $2,099.00 | $45,553.15 | $45,553.15 |
| 85 | 0000222893519 | 11/10/2022 | 11/10/2022 | A4FM07918898 | NORTON HOSPITAL | $48,823.15 | $2,006.57 | $46,816.58 | $46,816.58 |
| 86 | 0000218171176 | 6/30/2022 | 6/30/2022 | A4FM07918898 | NORTON HOSPITAL | $43,615.06 | $1,834.43 | $38,569.31 | $41,780.63 |
| 87 | 0000222162666 | 10/20/2022 | 10/20/2022 | A4FM07918898 | NORTON HOSPITAL | $48,246.15 | $2,006.57 | $46,239.58 | $46,239.58 |
| 88 | 0004306486141 | 10/25/2021 | 10/25/2021 | FGP922602047 | NORTON HEALTHCARE PHYSICIAN SERVICES | $207.00 | $0.00 | $207.00 | $207.00 |
| 89 | 0004324653451 | 2/23/2022 | 2/23/2022 | FGP920449639 | NORTON HEALTHCARE PHYSICIAN SERVICES | $305.00 | $0.00 | $305.00 | $305.00 |
| 90 | 004207549330 | 3/28/2019 | 3/28/2019 | MZO922629382 | NORTON HEALTHCARE PHYSICIAN SERVICES | $1,331.00 | $0.00 | $1,331.00 | $1,331.00 |
| 91 | 0004317954521 | 1/4/2022 | 1/4/2022 | FGP920473640 | NORTON HEALTHCARE PHYSICIAN SERVICES | $207.00 | $0.00 | $207.00 | $207.00 |

Page 4 of 6

David L. Nicholson, Jefferson Circuit Clerk

Presiding Judge: HON. ERIC J. HANER (614882) E1-1B9A-4458-8894-C3CEE5AF5B0 : 000026 of 00031
EXH : 000000 of 000000

NORTON HOSPITALS INC. V. BLUE CROSS BLUE SHIELD OF MICHIGAN

FC 35347

| No. | File Number | Admit Date | Discharge Date | Patient ID | Provider Name | Total Charges | Total Paid | Underpaid Per Norton Blue Cross Contract | Underpaid Per OM |
|---|---|---|---|---|---|---|---|---|---|
| 92 | 000426607441 | 2/6/2021 | 2/6/2021 | FGP922879231 | NORTON HEALTHCARE PHYSICIAN SERVICES | $207.00 | $0.00 | $207.00 | $207.00 |
| 93 | 000432225339 | 2/8/2022 | 2/8/2022 | FGP922874129 | NORTON HEALTHCARE PHYSICIAN SERVICES | $207.00 | $0.00 | $207.00 | $207.00 |
| 94 | 000431493021 | 12/8/2021 | 12/8/2021 | FGP922826436 | NORTON HEALTHCARE PHYSICIAN SERVICES | $211.00 | $0.00 | $211.00 | $211.00 |
| 95 | 000434456051 | 7/6/2022 | 7/6/2022 | FGP922296042 | NORTON HEALTHCARE PHYSICIAN SERVICES | $558.00 | $0.00 | $558.00 | $558.00 |
| 96 | 000428968751 | 6/30/2021 | 6/30/2021 | FGP922844184 | NORTON HEALTHCARE PHYSICIAN SERVICES | $305.00 | $0.00 | $305.00 | $305.00 |
| 97 | 000022480290 | 1/12/2023 | 11/12/2023 | FGP919666730 | NORTON HOSPITAL | $54,277.83 | $8,932.34 | $45,345.49 | $45,345.49 |
| 98 | 000022418397 | 12/22/2022 | 12/22/2022 | FGP919666730 | NORTON HOSPITAL | $47,201.82 | $8,693.84 | $38,507.98 | $38,507.98 |
| 99 | 000022615099 | 11/3/2022 | 11/3/2022 | FGP919666730 | NORTON HOSPITAL | $45,542.33 | $8,696.74 | $1,626.89 | $36,845.59 |
| 100 | 000230737596 | 7/12/2023 | 7/12/2023 | FGP919666730 | NORTON HOSPITAL | $35,194.30 | $1,377.04 | $33,817.26 | $33,817.26 |
| 101 | 000225364255 | 2/1/2023 | 2/1/2023 | FGP919666730 | NORTON HOSPITAL | $53,864.38 | $9,944.12 | $43,920.23 | $43,920.26 |
| 102 | 000223309440 | 11/23/2022 | 11/23/2022 | FGP919666730 | NORTON HOSPITAL | $47,765.37 | $8,693.84 | $39,071.53 | $39,071.53 |
| 103 | 000203770816 | 8/27/2020 | 8/27/2020 | XYR894589640 | NORTON BROWNSBORO HOSPITAL | $7,142.00 | $0.00 | $7,142.00 | $7,142.00 |
| 104 | 000432614061 | 3/4/2022 | 3/4/2022 | FGP922826401 | NORTON HEALTHCARE PHYSICIAN SERVICES | $305.00 | $0.00 | $305.00 | $305.00 |
| 105 | 000429734741 | 8/20/2021 | 8/20/2021 | FGP922438770 | NORTON HEALTHCARE PHYSICIAN SERVICES | $238.00 | $0.00 | $238.00 | $238.00 |
| 106 | 000219200840 | 8/19/2022 | 8/20/2022 | XYL912633844 | NORTON BROWNSBORO HOSPITAL | $56,135.24 | $0.00 | $56,035.24 | $56,135.24 |
| 107 | 000435918536 | 11/2/2022 | 11/2/2022 | FGP920475985 | NORTON HEALTHCARE PHYSICIAN SERVICES | $306.00 | $0.00 | $306.00 | $306.00 |
| 108 | 000430947344 | 11/12/2021 | 11/12/2021 | FGP922445097 | NORTON HEALTHCARE PHYSICIAN SERVICES | $434.00 | $0.00 | $434.00 | $434.00 |
| 109 | 000201780084 | 9/2/2021 | 9/30/2021 | FGP922479545 | NORTON BROWNSBORO HOSPITAL | $139,470.34 | $5,477.00 | $27,995.69 | $133,993.34 |
| 110 | 000434023408 | 6/18/2022 | 6/18/2022 | FGP922599599 | NORTON HEALTHCARE PHYSICIAN SERVICES | $311.00 | $0.00 | $311.00 | $311.00 |
| 111 | 000121117381 | 10/5/2018 | 10/31/2018 | FGP922532666 | NORTON HOSPITAL | $32,982.53 | $0.00 | $27,125.39 | $32,982.53 |
| 112 | 000123717259 | 1/19/2024 | 1/19/2024 | FGP922532666 | NORTON HOSPITAL | $18,861.52 | $0.00 | $18,110.20 | $18,501.64 |
| 113 | 000233635261 | 10/6/2022 | 10/6/2022 | FGP922532666 | NORTON HOSPITAL | $30,055.88 | $359.88 | $29,373.04 | $30,055.88 |
| 114 | 000218531702 | 7/19/2022 | 7/19/2022 | FGP922532666 | NORTON HOSPITAL | $39,875.78 | $1,103.77 | $38,772.01 | $38,772.01 |
| 115 | 000219104413 | 8/9/2022 | 8/9/2022 | FGP922532666 | NORTON HOSPITAL | $50,809.94 | $1,124.94 | $49,685.00 | $49,685.00 |
| 116 | 000212271519 | 1/3/2022 | 1/31/2022 | FGP922532666 | NORTON HOSPITAL | $53,574.93 | $2,750.47 | $35,537.27 | $50,824.46 |
| 117 | 000214062959 | 2/1/2022 | 2/1/2022 | FGP922532666 | NORTON HOSPITAL | $48,424.97 | $1,103.09 | $35,537.27 | $47,321.88 |
| 118 | 000218517798 | 6/29/2022 | 6/29/2022 | FGP922532666 | NORTON HOSPITAL | $39,884.07 | $0.00 | $39,928.72 | $39,884.07 |
| 119 | 000230157296 | 6/22/2023 | 6/22/2023 | FGP922532666 | NORTON HOSPITAL | $17,146.66 | $319.17 | $16,827.49 | $16,827.49 |

EXH : 000006 of 000006    Presiding Judge: HON. ERIC J. HANER (630820)(TE1-1B9A-4458-BB9A-1C3CEE5AF5B0 : 000027 of 0003)

Filed    24-CI-004739   07/08/2024    David L. Nicholson, Jefferson Circuit Clerk

NORTON HOSPITALS INC. V. BLUE CROSS BLUE SHIELD OF MICHIGAN

FC 35347

| No. | File Number | Admit Date | Discharge Date | Patient ID | Provider Name | Total Charges | Total Paid | Underpaid Per Total Blue Cross Contract | Underpaid Per QM |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 000221508494 | 3/15/2022 | 3/15/2022 | FGP922532666 | NORTON HOSPITAL | $39,068.62 | $0.00 | $11,371.32 | $39,068.62 |
| 121 | 000220264181 | 8/30/2022 | 8/30/2022 | FGP922532666 | NORTON HOSPITAL | $40,600.72 | $1,124.94 | $10,920.39 | $39,475.78 |
| 122 | 000023647043 | 12/29/2023 | 12/29/2023 | FGP922532666 | NORTON HOSPITAL | $17,146.66 | $0.00 | $16,463.82 | $17,146.66 |
| 123 | 000216415725 | 4/26/2022 | 4/26/2022 | FGP922532666 | NORTON HOSPITAL | $48,355.92 | $3,204.38 | $11,335.30 | $45,151.54 |
| 124 | 000229384577 | 6/2/2023 | 6/2/2023 | FGP922532666 | NORTON HOSPITAL | $17,146.66 | $319.17 | $16,827.49 | $16,827.49 |
| 125 | 000228912077 | 5/12/2023 | 5/12/2023 | FGP922532666 | NORTON HOSPITAL | $29,577.28 | $342.65 | $29,234.63 | $29,234.63 |
| 126 | 000231471025 | 8/4/2023 | 8/4/2023 | FGP922532666 | NORTON HOSPITAL | $17,146.66 | $373.18 | $16,463.82 | $16,773.48 |
| 127 | 000223641124 | 11/29/2023 | 11/29/2023 | FGP922532666 | NORTON HOSPITAL | $17,146.66 | $0.00 | $16,463.82 | $17,146.66 |
| 128 | 000023220390 | 8/25/2023 | 8/25/2023 | FGP922532666 | NORTON HOSPITAL | $30,085.76 | $3,605.95 | $16,463.82 | $26,479.81 |
| 129 | 000230771864 | 7/14/2023 | 7/14/2023 | FGP922532666 | NORTON HOSPITAL | $29,577.28 | $328.45 | $29,248.83 | $29,248.83 |
| 130 | 000232902819 | 9/15/2023 | 9/15/2023 | FGP922532666 | NORTON HOSPITAL | $17,146.66 | $373.18 | $16,463.82 | $16,773.48 |
| 131 | 000217692317 | 6/7/2022 | 6/7/2022 | FGP922532666 | NORTON HOSPITAL | $39,875.78 | $0.00 | $10,681.17 | $39,875.78 |
| 132 | 000023457568 | 11/3/2023 | 11/3/2023 | FGP922532666 | NORTON HOSPITAL | $29,397.86 | $56.68 | $29,373.02 | $29,341.18 |
| 133 | 000431578137 | 12/23/2021 | 12/23/2021 | FGP916437381 | NORTON HEALTHCARE PHYSICIAN SERVICES | $3,005.00 | $0.00 | $3,005.00 | $3,005.00 |
| 134 | 000430258136 | 6/9/2021 | 6/9/2021 | FGP920475102 | NORTON HEALTHCARE PHYSICIAN SERVICES | $304.00 | $0.00 | $304.00 | $304.00 |

Total    $ 3,627,286.59   $ 169,102.57   $ 2,710,647.99   $ 3,458,184.02

Filed    24-CI-004739   07/08/2024    David L. Nicholson, Jefferson Circuit Clerk

Filed      24-CI-004739   07/08/2024          David L. Nicholson, Jefferson Circuit Clerk

| AOC-104    Doc. Code: CCCS | | Case No.: _____ |
| Rev. 1-24 | | Court: _____ |
| Page 1 of 1 | | |
| Commonwealth of Kentucky | | County: Jefferson |
| Court of Justice    www.kycourts.gov | | Division: CIVIL |
| | **CIVIL CASE COVER SHEET** | |

**PLAINTIFF/PETITIONER** *OR* **IN RE/IN THE INTEREST OF:**
NORTON HOSPITALS, INC.

**DEFENDANT/RESPONDENT,** *if applicable:*
BLUE CROSS BLUE SHIELD OF MICHIGAN MUTUAL INSURANCE COMPANY and DOES 1 THROUGH 25 INCLUSI

☐   Check here if **YOU DO NOT HAVE AN ATTORNEY** and are **REPRESENTING YOURSELF**
(a Self-Represented *[Pro Se]* Litigant)

**Nature of the Case:**   Place a "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**. If you are making more than one type of claim, check the one that you consider most important.

**DOMESTIC RELATIONS** *eFile Only*
☐ Dissolution/Divorce with Children (DISSOC)
☐ Dissolution/Divorce without Children (DISSO)
☐ Paternity (PA)
☐ Custody (CUSTO)
☐ Child Support IV-D (SUPIV)
☐ Child Support Private Non IV-D (SUPPRI)
☐ URESA/UIFSA (UR)
☐ Visitation/Parenting Time (VISIT)
☐ Voluntary Termination of Parental Rights (VTPR)
☐ Involuntary Termination of Parental Rights (ITPR)
☐ Adoption (ADPT)
☐ Other: (DFOTH) *eFile not required*
    _____

**PROBATE / ESTATE** *eFile Only*
☐ Guardianship-Adult (GCADLT) *eFile not required*
☐ Guardianship-Juvenile (GCJUV)
☐ Adult Conservatorship - Trusteeship (CONSVA)
☐ Juvenile Conservatorship - Trusteeship (CONSVJ)
☐ Probate-Testate (with a will) (PBTEST)
☐ Probate-Intestate (without a will) (PBINT)
☐ Petition to Dispense with Administration (PBDIS)
☐ Name Change (NC)
☐ Will Contest (WC)
☐ Other: (PBOTH) *eFile not required*

**TORT (Injury)** *eFile Only*
☐ Automobile (AUTO)
☐ Intentional (INTENT)
☐ Malpractice-Medical (MDML)
☐ Malpractice-Other (MLOTH)
    _____
☐ Premises Liability (PREM)
☐ Product Liability (PROD)
☐ Property Damage (PD)
☐ Slander/Libel/Defamation (SLAND)
☐ Other: (PIOTH)
    _____

**REAL PROPERTY**
☐ Abandoned and Blighted Property Conservatorship (PC) *eFile Only*
☐ Property Rights (PR) *eFile Only*
☐ Condemnation (DOMAIN)
☐ Forcible Detainer - Eviction (FD) *eFile Only*
☐ Forcible Entry (FENTRY)
☐ Foreclosure (FCL) *eFile Only*
☐ Other: (COOTH) *eFile Only*
    _____

**EMPLOYMENT** *eFile Only*
☐ Employment-Discrimination (DSCR)
☐ Employment-Other (DISPU)

**CONSUMER** *eFile Only*
☐ Seller Consumer Goods (DEBTG)
☐ Seller Consumer Services (DEBTS)
☐ Buyer Consumer Goods (BUYERG)
☐ Buyer Consumer Services (BUYERS)
☐ Credit Card Debt (CREDIT)
☐ Fraud (FRAUD)
☐ Other: (COOTH)
    _____

**APPEALS**
☐ Appeal from Administrative Agency (AB)
☐ Appeal from District Court (XI)
☐ Other: (OTH)
    _____

**MISC CIVIL**
☐ Constitutional Challenge (CCHAL)
☐ Habeas Corpus (HABEAS)
☐ Non-Domestic Relations Restraining Order (IP)
☐ Tax (TAX)
☐ Writs (WRITS)
☐ Other: (OTH)
    _____

**BUSINESS/COMMERCIAL** *eFile Only*
☐ Business Tort (BCPI)
☐ Statutory Action (BCSA)
☑ Business Contract Dispute (BCCO)
☐ Other: (BCOTH)

Filed      24-CI-004739   07/08/2024          David L. Nicholson, Jefferson Circuit Clerk

FC9ED7E1-1B9A-445B-BB94-1C3CEE5AF5B0 : 000028 of 000031    Presiding Judge: HON. ERIC J. HANER (630420)    CCCS : 000001 of 000001

Entered          24-CI-004739    07/11/2024         David L. Nicholson, Jefferson Circuit Clerk

NO.   24CI-4739

BUSINESS COURT
JEFFERSON CIRCUIT COURT
DIVISION ONE (1)
JUDGE ERIC J. HANER

NORTON HOSPITALS, INC.

PLAINTIFF

v.

## BUSINESS COURT CASE
## INITIAL SCHEDULING ORDER

BLUE CROSS BLUE SHIELD OF
MICHIGAN MUTUAL INSURANCE
COMPANY; and DOES 1 THROUGH
25, INCLUSIVE

DEFENDANTS

* * * * * *

This case having been assigned to the Jefferson Circuit Business Court Docket, **IT IS HEREBY ORDERED**

**AS FOLLOWS:**

1.       **Case Management Meeting.**  Pursuant to Business Court Docket Rule of Practice ("BCR") 4.2, the parties

shall participate in a Case Management Meeting no later than 45 days following perfection of service on all

Defendants.[1]  Counsel for the parties shall jointly contact Division One (1) by telephone at (502) 595-4054 or email at

JenniferMiles@KyCourts.net BEFORE conclusion of the Case Management Meeting to schedule a Case

Management Conference with the Court.  Leave to extend the time in which the Case Management Meeting must be

held will not be liberally granted.

2.       **Case Management Report.**  Pursuant to BCR 4.3, the parties shall jointly file a Case Management Report

within 15 days of the Case Management Meeting.

3.       **Case Management Conference.**  Pursuant to BCR 4.4, the Court will hold a Case Management

Conference within 60 days after the Case Management Meeting. Division One (1) recommends that a representative

for each party attend the Case Management Conference. Any party representatives that choose to appear at the

Case Management Conference may do so in-person or remotely by Video Zoom[2].

---

[1]       The Business Court Docket Rules of Practice may be found at https://kycourts.gov/Courts/Business-Court/Pages/default.aspx.
[2]       Circuit Division One (1) remote appearance information by Video Zoom can be found at https://www.jeffersoncircuitcourt.com/judge-eric-haner.

Entered          24-CI-004739    07/11/2024         David L. Nicholson, Jefferson Circuit Clerk

4.     **Motion Practice.** The parties shall conduct all motion practice in accordance with the provisions of BCR 5.3 and 5.4.

5.     **Service Upon Defendant's Counsel.** If service on counsel for any Defendant is not indicated in the service list set forth at the end of this Order, counsel for the first named plaintiff shall provide a copy of this order by email to counsel for such Defendant immediately upon that counsel's appearance in this matter.



ERIC J. HANER
JEFFERSON CIRCUIT COURT JUDGE

c:     Marcus R. Morrow