# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

*ELECTRONICALLY FILED*

| | |
|---|---|
| **NORTON HOSPITALS, INC.** ) | |
| ) | |
| ) | Case No. 3:24-cv-463-DJH |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| **BLUE CROSS BLUE SHIELD OF** ) | |
| **MICHIGAN MUTUAL INSURANCE** ) | |
| **COMPANY, et al.** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

## NOTICE OF SETTLEMENT

The parties hereby give notice that they have reached a resolution of the claims asserted in this case, are documenting the terms of their agreement, and will submit an agreed order of dismissal.

    Respectfully submitted,

    */s/ Brian M. Johnson*
    Brian M. Johnson (Bar No. 86995)
    Kyle A. Girouard (Bar No. 98840)
    300 W. Vine Street, Suite 1700
    Lexington, KY 40507
    E-mail: bjohnson@dickinsonwright.com
           kgirouard@dickinsonwright.com

    */s/ Marcus R. Morrow* (w/ permission)
    Marcus R. Morrow
    Law Offices of Stephenson, Acquisto & Colman, Inc.
    20 N. Clark St., Suite 3300
    Chicago, IL 60602
    Email: mmorrow@sacfirm.com