UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

NORTON HOSPITALS, INC.,                                                                              Plaintiff,

v.                                                                      Civil Action No. 3:24-cv-463-DJH-CHL

BLUE CROSS BLUE SHIELD OF
MICHIGAN MUTUAL INSURANCE
COMPANY et al.,                                                                                  Defendants.

\* \* \* \* \*

**ORDER**

The parties having agreed to a settlement of all matters in this case (Docket No. 26), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice.  All dates and deadlines previously set in this matter are **VACATED**.  All pending motions are **DENIED** as moot.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of entry of this Order.  The Court will entertain a motion to redocket the action within thirty (30) days of entry of this Order in the event the settlement is not consummated.

April 1, 2025

*[Signature]*

**David J. Hale, Judge
United States District Court**

1